IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANET LYNN DENGLER,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO.   21-cv-1289 |
| | : | |
| **KILOLO KIJAKAZI,**[1] | : | |
| **Acting Commissioner of Social Security,** | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this   20TH   day of December, 2022, upon consideration of Plaintiff's Request for Review (ECF No. 11) and Defendant's response (ECF No. 14), and for the reasons provided in the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Request for Review is **DENIED**; and

2. Judgment is entered in favor of Defendant.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi has been substituted for Andrew Saul as the Defendant in this case.